IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS GONZALES,<br><br>      Petitioner,<br><br>  vs.<br><br>UNITED STATE OF AMERICA,<br><br>      Respondent.<br>_____/ | CV F 05 0439 REC DLB HC<br><br>ORDER TO SUBMIT CERTIFIED COPY OF PRISON TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE |

       Petitioner, a federal prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Petitioner has not, however, filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the petition. See 28 U.S.C. § 1915(a)(2). Petitioner will be provided the opportunity to submit a certified copy of

1

his trust account statement in support of his request to proceed in forma pauperis, **or** pay the $5.00 filing fee.

In accordance with the above, IT IS HEREBY ORDERED that within thirty days of the date of service of this order, petitioner shall submit a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the petition, or in the alternative, pay the $5.00 filing fee for this action.  Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   April 15, 2005**          /s/ Dennis L. Beck
ah0l4d                               UNITED STATES MAGISTRATE JUDGE