UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE LUIS GONZALEZ, ) | | 1:05-cv-00439-REC-DLB-HC |
| ) | | |
| Petitioner, ) | | **ORDER ADOPTING FINDINGS AND** |
| ) | | **RECOMMENDATIONS** (Doc. 10) |
| v. ) | | |
| ) | | **ORDER DISMISSING PETITION** |
| UNITED STATES OF AMERICA, ) | | **FOR WRIT OF HABEAS CORPUS** |
| ) | | |
| Respondent. ) | | **ORDER DIRECTING CLERK TO** |
| ) | | **ENTER JUDGMENT** |
| | | |
| | | **ORDER TERMINATING ACTION** |

Petitioner is a federal prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

On May 26, 2005, the Magistrate Judge filed Findings and Recommendations that the Petition for Writ of Habeas Corpus be DISMISSED, and the Clerk of Court enter judgment, thus terminating this action. These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. To date, the parties have not filed timely objections to the Findings and Recommendations.

//

1

1  In accordance with the provisions of 28 U.S.C. § 636
2  (b)(1)(C), this Court has conducted a *de novo* review of the case.
3  Having carefully reviewed the entire file, the Court concludes that
4  the Magistrate Judge's Findings and Recommendations is supported by
5  the record and proper analysis.
6  Accordingly, IT IS HEREBY ORDERED that:
7  1.  The Findings and Recommendations, filed May 26, 2005, are
8  ADOPTED IN FULL;
9  2.  The Petition for Writ of Habeas Corpus is DISMISSED; and,
10 3.  The Clerk of Court enter judgment, thus terminating this
11 action.
12 IT IS SO ORDERED.
13 **Dated:  July 14, 2005**              **/s/ Robert E. Coyle**
   668554                                 UNITED STATES DISTRICT JUDGE